

**DUPLICATE**  Number: S-0055390

# CERTIFICATE OF CHANGE OF NAME

*SOCIETY ACT*

*I Hereby Certify* that **DWIGHT SCHOOL CANADA SOCIETY** has this day changed its name to **BROOKES SCHOOL CANADA SOCIETY** on August 24, 2016 at 03:57 PM Pacific Time.



*Issued under my hand at Victoria, British Columbia, on August 24, 2016*

CAROL PREST
*Registrar of Companies*
PROVINCE OF BRITISH COLUMBIA
CANADA

**EXHIBIT A**