British Columbia

Society Act                                    Incorporation Number S-55390

## DWIGHT INTERNATIONAL SCHOOL SOCIETY

BE IT RESOLVED AS A SPECIAL RESOLUTION THAT:

1. Effective upon acceptance of this resolution by the Registrar of Companies, the name of the society be changed to DWIGHT SCHOOL CANADA SOCIETY.

2. The Constitution and Bylaws of the Society be altered so that in all places where "Dwight International School Society" appears, the name "Dwight School Canada Society" shall be substituted

3. Any one director or officer of the Society is authorized to sign all notices and applications to effect the name change on behalf of the Society

Pursuant to the *Society Act*, this resolution is consented to as a special resolution by every member of the Society who would have been entitled to vote on it in person, and by signing the resolution, each member agrees to waive notice of the presentation of this resolution. This resolution may be signed in counterparts and all counterparts will be considered together as one document.

Dated the 27 day of August, 2012

_____          _____
Graham Brown                      Mark William Banner-Martin

_____          _____
Art Dennis Brendon                Blake Spahn

_____          _____
Kirk Spahn                        David Rose

_____          _____
Stephen Spahn                     Jerry Salvador

_____
Yuqing Xu

**EXHIBIT C**