VIRGINIA:

IN THE CIRCUIT COURT FOR FAIRFAX COUNTY

| | |
|---|---|
| DWIGHT SCHOOL CANADA SOCIETY F/K/A DWIGHT INTERNATIONAL SCHOOL SOCIETY,<br><br>Plaintiff,<br><br>v.<br><br>IVY CHRISTIAN COLLEGE,<br><br>Defendant.<br><br>IVY CHRISTIAN COLLEGE and IVY CHIRSTIAN ACADEMY FOUNDATION,<br><br>Cross-Plaintiffs,<br><br>v.<br><br>NEW YORK PREPARATORY SCHOOL, INC., FSHC PROPERTIES, LLC, STEPHEN SPAHN<br><br>Cross-Defendants | Civil Action No. CL 2012-9068 |

## ORDER

This matter came before the Court on the Motion of Dwight School Canada Society f/k/a Dwight International School Society ("DIS Society"), New York Preparatory School, Inc. d/b/a Dwight School ("Dwight School"), FSHC Properties, LLC ("FSHC"), and Stephen Spahn (sometimes collectively, the "Dwight Parties"), to Enforce the Settlement Agreement dated December 18, 2013 entered into between the Dwight Parties and Ivy Christian College f/k/a Ivy Christian Academy ("ICA") and Ivy Christian Academy Foundation ("IVCAF" and, collectively with ICA, "Ivy").

Upon consideration of the pleadings of the parties, the evidence and argument presented in open court, it is hereby

EXHIBIT D

ORDERED and DECREED that the Motion is granted; and it is further

ORDERED and DECREED that the Confidential Agreement dated December 18, 2013 is valid, binding and enforceable; and it is further

ORDERED and DECREED that the parties are directed to comply with the terms and enter into the agreements described in the Confidential Agreement dated December 18, 2013 within twenty-one (21) days; and it is further

ORDERED and DECREED that the pleadings and the record of these proceedings are and will remain Confidential except by order of this Court or agreement of the parties.

ENTERED this 22 day of May, 2014

_____
Judge, Circuit Court for Fairfax County

WE ASK FOR THIS:

_____
Douglas R. Kay (V.S.B. #35468)
OFFIT | KURMAN, P.C.
800 Towers Crescent Drive, Suite 1450
Tysons Corner, VA 22182
(703) 745-1800
(703) 745-1835 (fax)
dkay@offitkurman.com

*Counsel for the Dwight Parties*

SEEN AND OBJECTED TO FOR THE REASONS STATED IN PAPERS AND ON THE RECORD:

_____
J. Chapman Petersen (V.S.B. #37225)
Jason Zellman (V.S.B. #77449)
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
(703) 277-9702
(703) 591-9285 (fax)
jpetersen@siplfirm.com
jzellman@siplfirm.com

*Counsel for Ivy*

4827-0241-9739, v. 1

A COPY TESTE:
JOHN T. FREY, CLERK
BY: _Rogina E. Eckle_
    Deputy Clerk
Date: 5/20/2014
Original retained in the office of
the Clerk of the Circuit Court of
Fairfax County, Virginia
CL-2012-9068