

## DWIGHT SCHOOL SEOUL
*Igniting the spark of genius in every child*

PERSONALIZED LEARNING • COMMUNITY • GLOBAL VISION

MINUTES

DWIGHT INTERNATIONAL SCHOOL SOCIETY
(DWIGHT SCHOOL SEOUL)
GENERAL MEETING
Wednesday 17 December 2014
14:00-14:30 pm

**Board Members**
Present in person: Jerry Salvador (Chair), Graham Brown (Secretary/Treasurer)
Quorum present: Yes

Presenters: Kevin Skeoch,

Recorder: Graham Brown

### NEW BUSINESS

1. Dwight School Society welcomes KK Lee to the Dwight School Society Board. KK Lee will receive 50,000,000Won (inclusive of withholding taxes and other deductions by Korea law) and no severance pay conditional to private school act and Korean law.

**Board agrees to adjourn at 14:30**

**CERTIFIED CORRECT:**

_____          _____
Jerry Salvador, Representative Director          Graham Brown, Director

**EXHIBIT F**

1