IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Ivy Christian College, *et al.*,<br><br>                                    Plaintiffs,<br><br>v.<br><br>Brookes School Canada Society,<br><br>                                  Defendant. | Civil Action No. 1:18-cv-01227 (CMH/IDD) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Ivy Christian College and Ivy Christian Academy Foundation and Defendant Brookes School Canada Society, by and through their undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted in this matter are hereby dismissed *with prejudice*, with each party to bear its own own attorney's fees, expenses, and costs.

Respectfully submitted,                                                            Date: August 2, 2019

By: ___/s/_____                         By: ___/s/_____
J. Chapman Petersen, VSB #37225                                  Douglas R. Kay, VSB #35468
Won Y. Uh, VSB #92574                                                    Alina Czaplicki, VSB #87440
Chap Petersen & Associates, PLC                                   OFFIT KURMAN, P.C.
3970 Chain Bridge                                                              8000 Towers Crescent Dr., Suite 1500
Fairfax, VA  22030                                                               Tysons Corner, VA 22182
Telephone: (571) 459-2512                                                Telephone: (703) 745-1800
Facsimile: (571) 459-2307                                                 Facsimile: (703) 745-1835
Email:  jcp@petersenfirm.com                                         Email:  dkay@offitkurman.com
Email:  wyu@petersenfirm.com                                       Email:  aczaplicki@offitkurman.com
*Counsel for Plaintiffs*                                                         *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

_____/s/_____
J. Chapman Petersen